LISA KAY BAUGHMAN
State Bar No.: 134946
1202 Kettner Blvd., Suite 6200
San Diego, CA 92101
(619) 696-9311
(619) 696-3993 fax

Attorney for Defendant
MONICA VARGAS-MARCELO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES | ) | Case No.: 07MJ2431 |
| Plaintiff, | ) | NOTICE OF CHANGE OF ADDRESS |
| vs. | ) | |
| MONICA VARGAS-MARCELO, | ) | |
| Defendant. | ) | |

NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that LISA KAY BAUGHMAN has changed addresses, as follows.

Current contact information:
> Lisa Kay Baughman
> Attorney at Law
> The McClintock Building
> 1202 Kettner Blvd., Suite 6200
> San Diego, CA 92101

Date:  October 31, 2007

/s Lisa Kay Baughman
LISA KAY BAUGHMAN
Attorney for Defendant
MONICA VARGAS-MARCELO