| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | REBEKAH W. YOUNG |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 214859 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7179 |
|   | Fax: (619) 235-2757 |
| 6 | Email: rebekah.young@usdoj.gov |
| 7 | Attorneys for Plaintiff |
|   | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2983-WQH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| MONICA VARGAS-MARCELO and | ) | |
| LOURDES GONZALEZ-MARTINEZ, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u> (If none, enter "None" below)

    None

Please call me if you have any questions about this notice.

DATED: December 3, 2007

                                              Respectfully submitted,

                                              KAREN P. HEWITT
                                              United States Attorney

                                              /s/***Rebekah W. Young***
                                              REBEKAH W. YOUNG
                                              Assistant United States Attorney

NOTICE OF APPEARANCE
United States v. Vargas-Marcelo et al.        2                07CR2983-WQH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>    v.<br><br>MONICA VARGAS-MARCELO and<br>LOURDES GONZALEZ-MARTINEZ,<br><br>                              Defendants.<br>_____ | ) Criminal Case No. 07CR2983-WQH<br>)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY CERTIFIED THAT:

I, REBEKAH W. YOUNG, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   1. Lisa Baughman
   2. Gregory Murphy

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

   None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2007.

                    /s/ ***Rebekah W. Young***
                    REBEKAH W. YOUNG

NOTICE OF APPEARANCE
United States v. Vargas-Marcelo et al.          3                              07CR2983-WQH